```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------------------X

EDWARD F. DAVIS,

               Plaintiff,           12 Civ. 1678

  -against-                         AMENDED
                                        OPINION

CITIBANK, N.A.,

               Defendant.

-------------------------------------------X

**Sweet, D.J.,**

       The opinion of this Court dated December 16, 2013 in the above entitled actions is hereby amended as follows:

       The Conclusion on Page 21 should read:

       For the reasons set forth above, Plaintiff's motion for a stay is denied, and Citibank is awarded the debts owing on the Account of $4,506.09, plus costs, attorneys' fees, and expenses of $44,021.84, for a total judgment of $48,527.93.

       It is so ordered.

**New York, NY**
**January 14, 2014**

                                             _____
                                               ROBERT W. SWEET
                                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-14