```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

EDWARD F. DAVIS,

                    Plaintiff,          12 Civ. 1678

     -against-                           AMENDED
                                         OPINION

CITIBANK, N.A.,

                    Defendant.

------------------------------------------X
```

**Sweet, D.J.,**

The opinion of this Court dated December 16, 2013 in the above entitled actions is hereby amended as follows:

The Conclusion on Page 21 should read:

For the reasons set forth above, Plaintiff's motion for a stay is denied, and Citibank is awarded the debts owing on the Account of $4,506.09, plus costs, attorneys' fees, and expenses of $44,021.84, for a total judgment of $48,527.93.

It is so ordered.

**New York, NY**
**January 16 2014**

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-16-14